KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219972
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507

Attorneys for Plaintiff
United States of America



FILED

FEB 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 07CR1555-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **DEFERRED PROSECUTION AGREEMENT** |
| FERNANDO CASTILLO-CORNEJO, | ) | |
| Defendant. | ) | |
|  | ) | |

FERNANDO CASTILLO-CORNEJO, you are charged by Indictment filed on June 19, 2007, in Case No. 07CR1555-BTM, with committing the offense of being a deported alien found in the United States on or about May 23, 2007, in violation of Title 8, United States Code, Section 1326.

It appears that the interest of the United States, your interest, and the interest of justice will be served by the following procedure:

On authority of the Attorney General of the United States, by Karen P. Hewitt, United States Attorney for the Southern District of California, and provided you abide by the following conditions, the United States agrees that the prosecution of you for the offenses you allegedly committed on May 23, 2007, shall be deferred for the period of six (6) months from the filing of this Agreement.

//

07CR1555-BTM

1       If, upon completion of your period of deferred prosecution, it is determined by the United

2 States Attorney that: (1) you have complied with this agreement and (2) that the United States

3 Citizenship and Immigration Services or the United States Department of Homeland Security

4 (hereinafter "the proper adjudicating authorities") has determined that you are a United States

5 citizen, no further prosecution of you in this District for the offense you allegedly committed on

6 May 23, 2007 will be maintained.  However, if you violate the conditions of this Agreement

7 during your period of deferred prosecution, or if the proper adjudicating authorities determine

8 that you do not have a legitimate claim to U.S. citizenship, the United States Attorney may

9 proceed with the prosecution.

10       This Agreement may be admissible as evidence against you in any trial, court proceeding,

11 or hearing, including (1) to show that you failed to apply to the proper adjudicating authorities for

12 a Certificate of United States Citizenship based on your claim of derivative citizenship, (2) to

13 show that you failed to prove to the proper adjudicating authorities that you qualify for a

14 Certificate of United States Citizenship based on your claim of derivative citizenship, and (3) for

15 purposes of impeachment and rebuttal, in the event that you are prosecuted for the above-

16 described offense.

17       Further, it is the intent of the parties that you remain in the custody of the United States

18 Marshal for the Southern District of California during the pendency of this Agreement.  It is also

19 the intent of the parties that all time that you spend in the custody of the United States Marshal

20 shall count toward any sentence that you might receive for the offense that you allegedly

21 committed on May 23, 2007.

22 **CONDITIONS OF DEFERRED PROSECUTION**

23       1.      You shall not violate any federal, state or local law.

24       2.      You shall submit a Form N-600, Application for a Certificate of Citizenship, for

25 the proper adjudicating authorities with the proper filing fee pursuant to the governing regulations

26 within two weeks of the signing and filing of this Agreement.

27       3.      You shall promptly and timely respond to any request by the proper adjudicating

28 authorities for requisite supporting information for the processing of the application.

1       4.    You shall promptly make available to the proper adjudicating authorities any

2  person or document requested by said adjudicating authorities for use in processing the

3  application.

4       5.    You shall promptly comply with a request of the proper adjudicating authorities

5  for a personal interview.

6       6.    You shall reply truthfully to any question posed to you by the proper adjudicating

7  authorities for use in processing the application for citizenship.

8       7.    You shall prosecute fully and completely your claim of United States citizenship

9  to allow the proper adjudicating authorities to make a final determination of your status.

10

11  Dated: 02/13/08

12                               PAUL L. STARITA
                                   Assistant U.S. Attorney

13                       **CONSENT OF DEFENDANT**

14       I agree with the description of the status of the case set forth in this Agreement.  I hereby

15  request that the United States Attorney for the Southern District of California to defer prosecution

16  of me for the offense that I allegedly committed on May 23, 2007 for the period of six (6) months

17  from the filing of this Agreement.

18       Should prosecution be instituted, I agree that any delay resulting from this Agreement

19  shall be deemed to be an excludable delay pursuant to Title 18, United States Code, Section

20  3161(h)(2).

21       The terms and conditions of this agreement have been read to me in my native language

22  and explained to me by my attorney.  I understand them and agree to comply with them.  I have

23  consulted with my counsel and fully understand all my rights with respect to the offense pending

24  against me and the sentencing factors set forth in Title 18, United States Code, Section 3553(a) as

25  well as the provisions of the United States Sentencing Guidelines which, although advisory, may

26  apply in my case.  I have read this Agreement and carefully reviewed every part of it with my

27  attorney.  I understand this Agreement and I voluntarily agree to it.  Moreover, I have consulted

28

07CR1555-BTM

1  with my counsel, HOLLY A. SULLIVAN, Esq., and am completely satisfied with the advice and

2  guidance she has provided me in regards to this case and this Agreement, and wholeheartedly

3  concur with her advice to me in regards to this Agreement and the ultimate consequences should I

4  violate its terms and conditions.

6  Dated: 2/13/08

FERNANDO CASTILLO-CORNEJO
Defendant

### CONSENT OF DEFENSE COUNSEL

I am Fernando Castillo-Cornejo's attorney.  I have fully explained to him his rights with respect to the offense pending against him. Further, I have reviewed the sentencing factors set forth in Title 18, United States Code, Section 3553(a) as well as the provisions of the Sentencing Guidelines and I have fully explained to Fernando Castillo-Cornejo the sentencing factors set forth in Title 18, United States Code, Section 3553(a) and the provisions of the Sentencing Guidelines which, although advisory, may apply in this case.  I have carefully reviewed every part of this Deferred Prosecution Agreement with him.  To my knowledge, his decision to enter into this Agreement is an informed and voluntary one.

Dated: 2/13/08

HOLLY A. SULLIVAN, Esq.
Attorney for the Defendant

21  //
22  //
23  //
24  //
25  //
26  //
27  //

-4-                                07CR1555-BTM

1

## APPROVAL OF THE COURT

2         Considering the foregoing, and for good cause shown and in the interest of justice, this

3   Deferred Prosecution Agreement for the purpose of allowing Defendant FERNANDO

4   CASTILLO-CORNEJO to establish his qualifications for a Certificate of United States Citizenship

5   based on a claim of derivative citizenship is hereby approved, and the delay resulting from this

6   Agreement is hereby ordered excluded pursuant to the Speedy Trial Act, Title 18, United States

7   Code, Section 3161(h)(2). Further, it is hereby ordered that FERNANDO CASTILLO-CORNEJO

8   remain in the custody of the United States Marshal for the Southern District of California during

9   the pendency of this Deferred Prosecution Agreement or until further order or this Court.

10

11   Dated: 2-22-2008

12

13                                        BARRY TED MOSKOWITZ
                                          United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28